UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS HOWARD,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 3:17-cv-00211-MMD-WGC<br><br>ORDER |

**I.    DISCUSSION**

In its March 28, 2018 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 3 at 10). The amended complaint therefore is due on April 28, 2018. The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would be dismissed with prejudice for failure to state a claim. (*Id.* at 11). Plaintiff has filed a motion for an extension of time of 60 days to file his amended complaint. (ECF No. 5 at 1). The Court grants the motion. Plaintiff shall file his amended complaint on or before June 28, 2018.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 5) is granted. Plaintiff shall file his amended complaint on or before June 28, 2018.

1

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by June 28, 2018, this action shall be dismissed with prejudice for failure to state a claim.

DATED: April 9, 2018.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE