UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS HOWARD,<br><br>　　　　　Plaintiff,<br>　　v.<br>STATE OF NEVADA, *et al.*,<br>　　　　　Defendants. | Case No. 3:17-cv-00211-MMD-WGC<br><br>ORDER |

**I.　DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's first amended complaint (ECF No. 7), but will not screen it until the matter of the payment of the filing fee is resolved.

**II.　CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, dismissal of this action with prejudice may result.

DATED: March 8, 2019.

_____
UNITED STATES MAGISTRATE JUDGE